# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| Derrick R. Hill, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 12-6081-CV-SJ-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) |

## O R D E R

On July 31, 2013, the Court heard oral argument on the *Hill Initial Brief,* filed January 11, 2013, [Doc. 7] and the *Brief For Defendant*, filed March 27, 2013, [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

*/s/ John T. Maughmer*
 **JOHN T. MAUGHMER**
 **U. S. MAGISTRATE JUDGE**